TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23078/1218096718

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gregory Scott Buce<br>   Debtor.<br><br>The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3<br><br>            Movant,<br>   vs.<br><br>Gregory Scott Buce, Debtor; Russell A. Brown, Trustee.<br><br>            Respondents. | No. 2:09-bk-17453-SSC<br><br>Chapter 13<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA   )
                   ) ss:
County of Maricopa )

      I, Mark S. Bosco, under oath, depose and say:

That on 6th day of November, 2009 I caused to be mailed a copy of the Order Setting Preliminary Hearing on Motion for Relief from the Automatic Stay and Establishing Procedures for Presentation of Evidence at Final Hearing, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Gregory Scott Buce
6519 W. Straight Arrow Lane
Phoenix, AZ 85083
Debtors

Nasser U. Abujbarah
10654 N. 32nd St.
Phoenix, AZ 85028
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave Suite 800
Phoenix, AZ 85012-1965
Trustee

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3
Movant

TIFFANY & BOSCO, P.A.

BY 
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Attorney for Movant

SUBSCRIBED and SWORN to before me this 6th day of November, 2009.

Notary Public

