# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GREGORY SCOTT BUCE |
| **Case Number:** | 2:09-bk-17453-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA

R / M #:   48 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR GREGORY SCOTT BUCE
LEONARD J. MCDONALD, ATTORNEY FOR BANK OF AMERICA

## Proceedings:

Parties state that they have stipulated to a six month cure.

COURT: THE COURT NOTES THE PARTIES STIPULATION AND WILL AWAIT THE STIPULATION AND ORDER.

Case 2:09-bk-17453-SSC    Doc 62    Filed 01/06/10    Entered 01/07/10 12:35:59    Desc
Main Document    Page 1 of 1